JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> URBAN OUTFITTERS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:20-cv-07430-AB (AFMx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 9, 2021  _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.